

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-82,182-05

### EX PARTE ROBERT TRACY WARTERFIELD, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W10-61655-Y (B) IN THE CRIMINAL DISTRICT COURT NO. 7 FROM DALLAS COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated sexual assault of a child and sentenced to life imprisonment. The conviction was affirmed on direct appeal. *Waterfield v State*, No. 05-12-00646-CR (Tex. App.—Dallas del. Jul. 31, 2013).

Applicant filed a habeas application in the trial court, and the trial court entered a timely order designating issues. The designated issues have not been resolved. The district clerk forwarded the habeas application to this Court as required. *See* TEX. R. APP. P. 73.4(b)(5). We remand the habeas application to allow the trial judge to complete an evidentiary investigation, resolve the

disputed issues, and enter findings.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: September 20, 2017
Do not publish